IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| VENADIUM LLC | § | |
| | § | |
| VS. | § | No. 5:16cv172-RWS-CMC |
| | § | |
| NEW AVON LLC | § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Dismissal With Prejudice (Doc. No. 12) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby **ORDERED, ADJUDGED and DECREED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, expenses and attorneys' fees.

All relief not previously granted is hereby **DENIED**.

The Clerk of the Court is directed to **CLOSE** the case.

**It is SO ORDERED.**

**So ORDERED and SIGNED this 2nd day of May, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE